UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20278-CR-UNGARO/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALICIA J. MEDINA CANEPA,

    Defendant.

_____/

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO REDUCE REIMBURSEMENT ORDER AND DISALLOW PORTION OF ASSESSED LEGAL FEE

This matter is before the Court on the Defendant's unopposed motion to reduce its reimbursement order of March 24, 2008, and disallow one-half (50%) ($350.00) of the assessed legal fee ($700.00) toward the cost of her legal representation in this case, and this Court, based on the representations therein and being otherwise advised as to its premises, it is,

ORDERED AND ADJUDGED that the mentioned motion is hereby GRANTED and, upon reconsideration, the previous order of this Court requiring the defendant to contribute $700.00 to the cost of her legal representation in this case is hereby reduced and the Defendant shall pay $350.00 instead, pursuant to the federal recoupment statute, 18 U.S.C. § 3006A (f).

Done and Ordered, this 25th day of April 2008, at Miami, Florida.

                                                           _____
                                                           BARRY L. GARBER
                                                           UNITED STATES MAGISTRATE JUDGE

cc:    F. Mesnekoff, AFPD
       B. Tantillo, AUSA